NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DELANE DAVIS, DOC# S23053,      )
                                )
            Appellant,          )
                                )
v.                              )
                                )   Case No.  2D17-678
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.



SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.